# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **STERLING RAY McCRARY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case No.  CV 07-S-202-NE** |
| | ) | |
| **CHRIS KIRBY,** *ET AL.***,** | ) | |
| | ) | |
| **Defendants.** | ) | |

| | | |
|---|---|---|
| **STERLING RAY McCRARY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case No.  CV 07-J-216-NE** |
| | ) | |
| **RANDAL K.  BURLESON,** | ) | |
| *ET AL.***,** | ) | |
| | ) | |
| **Defendants.** | ) | |

| | | |
|---|---|---|
| **STERLING RAY McCRARY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case No.  CV 07-S-217-NE** |
| | ) | |
| **TAYLOR HARDIN SECURE** | ) | |
| **MEDICAL FACILITY,** *ET AL.***,** | ) | |
| | ) | |
| **Defendants.** | ) | |

| | |
|---|---|
| **STERLING RAY McCRARY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. CV 07-J-340-S |
| | ) |
| **JASON L. CURTS,** *ET AL.*, | ) |
| | ) |
| **Defendants.** | ) |

| | |
|---|---|
| **STERLING RAY McCRARY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. CV 07-TMP-341-S |
| | ) |
| **JUDGE RALPH H. GRIDER,** *ET AL.*, | ) |
| | ) |
| **Defendants.** | ) |

| | |
|---|---|
| **STERLING RAY McCRARY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. CV07-P-342-S |
| | ) |
| **JAY DUNSMORE,** *ET AL.*, | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The magistrate judge filed his consolidated Report and Recommendation in these six consolidated cases on July 10, 2007, recommending that all six of the

complaints for dismissed for various reasons ranging from the two-year statute of limitations to judicial immunity and quasi-judicial immunity to prosecutorial immunity to failure to state a claim.  The plaintiff filed his objections to the Report and Recommendation in each of the six cases on July 18, 2007.

Having now carefully reviewed and considered *de novo* all the materials in each of these case files, including the consolidated Report and Recommendation, as well as the plaintiff's objections, the court finds that the objections are due to be and hereby are OVERRULED.  The report of the magistrate judge is hereby ADOPTED, and the recommendation is ACCEPTED.  By separate order, the court will DISMISS WITH PREJUDICE all six of these complaints pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2).

The Clerk is DIRECTED to mail a copy of the foregoing to the plaintiff.

DONE this 31st day of August, 2007.

_____
United States District Judge